ACCEPTED
03-15-0008-CV
4133941
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 4:31:46 PM
JEFFREY D. KYLE
CLERK

## Court of Appeals Number:  03-15-00008-CV

| | | |
|---|---|---|
| **PAUL D. SIMMONS, Appellant** | § | **IN THE 3RD DISTRICT** |
| | § | **COURT OF APPEALS** |
| **VS.** | § | |
| | § | |
| **TERESA A. SIMMONS, Appellee** | § | **STATE OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/12/2015 4:31:46 PM
JEFFREY D. KYLE
Clerk

## FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes MELVIN GRAY, attorney for Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 119th Judicial District Court of Tom Green County, Texas.

2.      The case was styled TERESA A. SIMMONS v. PAUL D. SIMMONS, and bears cause number B130232F.

3.      A judgment was rendered against Appellant on September 15, 2014.

4.      Appellant filed a Request for Findings of Fact and Conclusions of Law on October 3, 2014.

5.      Notice of appeal was given on December 12, 2014.

6.      The reporter's record was filed on January 12, 2015, and the clerk's record was filed on January 13, 2015.

7.      The appellant's brief is due on February 12, 2015.

8.      Attorney for Appellant requests an extension of time of 60 days from the present due date to file the brief.

9.      No previous extensions of time have been requested.

10.      Appellant relies on the following facts as good cause for the requested extension:

a)      Counsel for Appellant, due to the nature of his law practice, has had to be out of town and away from his office for the majority of the last 30 days.

b)      Counsel for Appellant begins a jury trial for a capital murder on February 17, 2015, and much of counsel's time in the past 30 days has been devoted to preparing for the trial.

c)    Counsel for Appellant has a very heavy trial court caseload and must appear in court on almost a daily basis for a criminal case, civil case or family law case. In order to adequately scrutinize the record and properly prepare this brief, the undersigned attorney will need additional time.

d)    Despite the best efforts of the undersigned attorney, this brief cannot be properly prepared in the time allotted.

11.    Counsel has conferred with Kirk Hawkins, attorney for Appellee, and he has no objection to this Motion.

**WHEREFORE, PREMISES CONSIDERED**, attorney for Appellant prays that this Court grant this First Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

GRAY & BRIGMAN, PLLC
206 West College Avenue
San Angelo, TX 76903
Tel: (325) 653-4594
Fax: (325) 657-0039


By:_____
MELVIN GRAY
State Bar No. 08328000


## CERTIFICATE OF SERVICE

This is to certify that on February 12, 2015, a true and correct copy of the above and foregoing document was served on Kirk Hawkins, Attorney for Appellee, via the efiling system.

_____
MELVIN GRAY

STATE OF TEXAS  §
  §
COUNTY OF TOM GREEN  §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared MELVIN GRAY, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing First Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
MELVIN GRAY
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on February 12, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

SALLY GREEN
Notary Public, State of Texas
My Commission Expires
March 14, 2016